IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLE L, INC.,<br><br>Defendant. | Cause No. CV-20-15-BU-BMM<br><br><br>ORDER RESETTING HEARING ON SUMMARY JUDGMENT MOTIONS |
| TRIPLE L, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Counterclaim Defendant. | |

Based on Plaintiff State Farm Mutual Automobile Insurance Company's Unopposed Motion to Reschedule the Hearing on Summary Judgment Motions (Doc.44) and for good cause appearing;

IT IS ORDERED, that the hearing set for January 25, 2021 at 11:00 a.m. is RESET for Tuesday, February 17, 2020 at 1:30 p.m.

DATED this 11th day of January, 2021.

3100777

*/s/ Brian Morris*