UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>   vs.<br><br>TRIPLE L. INC. ET AL.,<br><br>           Defendant. | Case No. CV-20-15 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED: State Farm's Motion for Summary Judgment is GRANTED. Triple L's Motion for Summary Judgment is DENIED. The Clerk shall enter judgment in favor of State Farm Mutual Automobile Insurance Company.

    Dated this 27th day of April, 2021.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ M. Stewart
                                        M. Stewart, Deputy Clerk